**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 01-30079**
**Summary Calendar**

---

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**PETER SULHAM,**

**Defendant-Appellant.**

---

**Appeal from the United States District Court**
**for the Western District of Louisiana**
**(99-CR-60038-ALL)**

---

July 20, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Peter Sulham appeals his guilty-plea conviction for being a felon in possession of firearms. The Federal Public Defender appointed to represent has moved for leave to withdraw and filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Sulham has received a copy of his counsel's motion and brief, but has *not* filed a response. Our independent review of the brief and the record discloses *no* nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED.**

*MOTION GRANTED; APPEAL DISMISSED*

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.